IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00129-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOMINIC D. STEWART, and
2. JAMES DUCKETT,

    Defendants.

## MINUTE ORDER[1]

On November 15, 2011, the court conducted a telephonic setting conference to set a hearing on **Dominic Stewart's Motion For an Ends of Justice Continuance Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv)** [#314][2] filed October 31, 2011. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

    1. That on **December 15, 2011**, commencing at 11:00 a.m., the court shall conduct a hearing on **Dominic Stewart's Motion For an Ends of Justice Continuance Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv)** [#314] filed October 31, 2011; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendants' appearances for this hearing.

    Dated: November 15, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#314]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.