**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Action No. 10-cr-00129-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. DOMINIC D. STEWART, and
2. JAMES DUCKETT

Defendants.

---

## ORDER APPROVING JUROR QUESTIONNAIRE

---

**Blackburn, J.**

The attached **Juror Questionnaire** is approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

Dated February 9, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge