# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00129-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JAMES DUCKETT,

    Defendant.

## ORDER VACATING SUBPOENA IN FORMA PAUPERIS
## ISSUED FOR DEFENDANT DUCKETT

**Blackburn, J.**

    This matter comes before the court *sua sponte*. At the request of the defendant, James Duckett, an **Order for Service of Subpoenas** [*sic*] **In Forma Pauperis** [#379] was entered on February 7, 2012. Mr. Duckett has reached a plea agreement with the government and has entered a plea of guilty pursuant to that plea agreement. In response, the court has vacated the trial by jury to commence February 21, 2012, as to Mr. Duckett only. Thus, the order [#379] and corresponding subpoena issued to Marie L. Bailey may and should be vacated and quashed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Order for Service of Subpoenas** [*sic*] **In Forma Pauperis** [#379] entered on February 7, 2012, is vacated;

    2. That the subpoena issued to Ms. Marie Bailey is quashed; and

    3. That this order shall be served on counsel for the government, counsel for the

defendant, Dominic D. Stewart, the defendant, James Duckett, and his advisory counsel, the United States Marshal for the District of Colorado, and Marie L. Bailey.

Dated February 16, 2012, at Denver, Colorado.

                                **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge