# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Action No. 10-cr-00129-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOMINIC D. STEWART,

    Defendant.

## AMENDED ORDER PRESCRIBING JURY SELECTION PROTOCOL[1]

**Blackburn, J.**

Attached is a **Jury Selection Protocol** approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** as follows:

1. That the attached **Jury Selection Protocol** shall be used by the court and the parties in the selection of the jury in the trial of this case; and

2. That this amended order and the attached **Jury Selection Protocol** supplant and supersede the **Order Prescribing Jury Selection Protocol** [#401] and concomitant **Jury Selection Protocol** [#401-1] issued February 9 2012.

Dated February 21, 2012, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[1] The entry of this amended order is necessary to reflect that the defendant, James Duckett, has entered a plea of guilty pursuant to a plea agreement with the government and, thus, will not be going to trial.