**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 10-cr-00129-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOMINIC D. STEWART,

    Defendant.

---

# AMENDED[1]
# ORDER APPROVING JUROR QUESTIONNAIRE

---

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case; and

    2. That this amended order supplants and supersedes the **Order Approving Juror Questionnaire** [#400] entered February 9, 2012.

    Dated February 24, 2012 at Denver, Colorado.

                                **BY THE COURT:**

                                */s/ Bob Blackburn*
                                Robert E. Blackburn
                                United States District Judge

---

[1] This amended order is necessary to remove the name of co-defendant, James Duckett, who has reached a plea agreement with the government, from the juror questionnaire.