IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00129-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOMINIC D. STEWART, and
2. JAMES DUCKETT,

    Defendants.

# MINUTE ORDER[1]

The following motions are denied as **MOOT**;

- Defendant Stewart's **Motion To Disclose Specific Portions of Discovery To Client** [#75] filed September 1, 2010; and

- The **Government's Motion For Protective Order** [#157] filed February 4, 2011.

Dated: June 11, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.