IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00129-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOMINIC STEWART,

    Defendant.

## ORDER DENYING MOTION TO RESTRICT

**Blackburn, J.**

The matter before me is **Dominic Stewart's Motion To File Sentencing Statement as a Restricted Document** [#530][1] filed June 3, 2012. The requirements of D.C.COLO.LCrR 47.1 have not been satisfied. On June 6, 2012, the court issued a minute order directing the defendant to file the brief in support of the motion to restrict, as required by D.C.COLO.LCrR 47.1B., by 8:00 a.m. (MDT), Friday, June 8, 2012. No brief has been filed.

    **THEREFORE, IT IS ORDERED** that **Dominic Stewart's Motion To File Sentencing Statement as a Restricted Document** [#530] filed June 3, 2012, is **DENIED**.

Dated June 21, 2012, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Bob Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge

---

[1] "[#530]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.